## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **No.  MJ 1:24-00419-001 KK** |
| **JAREMY ALEXANDER SMITH,** | § § § | |
| **Defendant.** | § § | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING AND DETENTION HEARING

COMES NOW, Defendant, Jaremy Alexander Smith, by and through his attorney of record, Assistant Federal Defender, Devon M. Fooks, pursuant to Federal Rule of Criminal Procedure 5.1(d) and hereby files this motion to continue the preliminary hearing and the detention hearing currently set for March 28, 2024.  As grounds for this motion, Mr. Smith states as follows:

1.      This court previously continued the preliminary and detention hearings in this matter pursuant to Mr. Smith's Unopposed Motion to Continue.

2.      On March 25, 2024, this court reset the preliminary hearing for March 28, 2024. [Doc. 14].

3.      Counsel for Mr. Smith is out of town beginning on March 27, 2024 and returns to the office on April 2, 2024.

4.      Assistant United States Attorneys Jack Burkhead and Paul Mysliwiec do not oppose this motion.

5.      Counsel for Mr. Smith and the government have conferred and the parties request

that the hearing be reset and held on April 2, 2024.

WHEREFORE, Mr. Smith respectfully requests that this Court continue the preliminary

hearing in this matter until April 2, 2024.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas Blvd., NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
(505) 346-2494 Fax
devon_fooks@fd.org

_/s/ filed electronically on 3/26/24_
DEVON M. FOOKS, AFPD
Attorney for Jaremy Alexander Smith