IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                         No. 24-mj-419

JAREMY SMITH,

          Defendant.

### ORDER APPOINTING LEARNED COUNSEL

THIS MATTER is before the Court having been informed that this case implicates the death penalty, and having consulted with Margaret A. Katze, the Federal Public Defender for the District of New Mexico, as to attorneys who are so qualified.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3005, Attorney Theresa Duncan is appointed as learned counsel for Defendant Jaremy Smith.

IT IS FURTHER ORDERED that Attorney Duncan is permitted to bill for this case pursuant to the Criminal Justice Act.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE